United States Bankruptcy Court
Southern District of Florida

In re:                                                          Case No. 12-19041-AJC
Mariella Sierra                                                 Chapter 7
            Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-1          User: admin              Page 1 of 2          Date Rcvd: Jul 23, 2012
                             Form ID: CGFD39           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2012.
db         +Mariella Sierra,    10185 SW 77 CT,   Miami, FL 33156-2659
cr         +Ocean Bank,   c/o Michael R. Carroll,    780 NW 42nd Ave #500,   Miami, FL 33126-5543
90283713   +Chela/Sallie Mae,   Attn: Claims Department,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
90283716   +GC Services Limited Partnership,    PO Box 1389,   Copperas Cove, TX 76522-5389
90283717   +Law Offices of Daniel S. Mandel, P.A.,    2700 N. Military Trail, Ste 355,
            Boca Raton, FL 33431-1808
90283718   +Lilian M. Lorenzo,   10185 SW 77 Court,   Miami, FL 33156-2659
90283720   +Ocean Bank,   200 Ne 3rd Avenue,   Ft Lauderdale, FL 33301-1148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         EDI: FLDEPREV.COM Jul 24 2012 02:03:00     Florida Department of Revenue,   POB 6668,
            Tallahassee, FL 32314-6668
ust        +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Jul 24 2012 05:24:10     Office of the US Trustee,
            51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
cr         +EDI: RECOVERYCORP.COM Jul 24 2012 01:58:00     Recovery Management Systems Corp,
            25 SE 2 Ave #1120,   Miami, FL 33131-1605
90283711   +EDI: CHASE.COM Jul 24 2012 01:58:00     Chase,   Po Box 15298,   Wilmington, DE 19850-5298
90283712   +EDI: CHASE.COM Jul 24 2012 01:58:00     Chase- Bp,   Po Box 15298,   Wilmington, DE 19850-5298
90283714    EDI: RCSDELL.COM Jul 24 2012 02:03:00     Dell Financial Services,   Attn: Bankruptcy Dept.,
            Po Box 81577,   Austin, TX 78708
90283715   +EDI: CITICORP.COM Jul 24 2012 01:58:00     Exxmblciti,   Attn.: Centralized Bankruptcy,
            Po Box 20363,   Kansas City, MO 64195-0363
90283719   +E-mail/Text: electronicbkydocs@nelnet.net Jul 24 2012 05:41:06     Nelnet,   Attn: Claims,
            Po Box 17460,   Denver, CO 80217-0460
90283721    EDI: PRA.COM Jul 24 2012 01:58:00     Portfolio Rc,   Attn: Bankruptcy,   Po Box 41067,
            Norfolk, VA 23541
90283722   +EDI: SEARS.COM Jul 24 2012 01:58:00     Sears/cbna,   8725 W. Sahara Ave,
            The Lakes, NV 89163-0001
90283723   +EDI: WFNNB.COM Jul 24 2012 01:58:00     Victoria's Secret,   Attention: Bankruptcy,
            Po Box 182125,   Columbus, OH 43218-2125
90283724   +EDI: WFNNB.COM Jul 24 2012 01:58:00     Wfnnb/New York & Compa,   Attention: Bankruptcy,
            P.O. Box 182686,   Columbus, OH 43218-2686
                                                                                   TOTAL: 12

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2012**                    **Signature:**      *Joseph Speetjens*

```
District/off: 113C-1          User: admin              Page 2 of 2                    Date Rcvd: Jul 23, 2012
                              Form ID: CGFD39          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2012 at the address(es) listed below:
```
          Barry E Mukamal    bankruptcy@marcumllp.com,  FL64@ecfcbis.com
          Michael R. Carroll    on behalf of Creditor  Ocean Bank mcarroll@oceanbank.com
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Ricardo  Corona    on behalf of Debtor Mariella Sierra bk@coronapa.com
                                                                              TOTAL: 4
```

Form CGFD39  (9/19/08)



**ORDERED in the Southern District of Florida on July 23, 2012**

*A. Jay Cristol*

**A. Jay Cristol**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 12–19041–AJC**

**Chapter: 7**

In re: *

Mariella Sierra
10185 SW 77 CT
Miami, FL 33156

Last four digits of SSN/ITIN or Complete EIN: xxx–xx–4011

## DISCHARGE OF DEBTOR(S)

It appearing that the debtor is entitled to a discharge,

### IT IS ORDERED:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

### SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.

Copies to:  All Parties of record

---

\*  *Set forth all names, including trade names, used by the debtor(s) within the last 8 years. For joint debtors, set forth the last four digits of both social-security numbers or individual taxpayer-identification numbers (ITIN) or complete employer tax-identification numbers (EIN).*

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor(s)' property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

*# # #*

*Page 2 of 2*